To Whom It may Concern

Please allow me to suppress this notation with a copy of my application for 11.07 Writ of Habeas Corpus -11,879A WR -82,643-01. For one not disrespecting the courts, but I wanted to make sure the courts of criminal appeals recieve my whole application. Also I have paper's proving that the Wilbarger Courts Vernon Tx was forged court documents. Because when I recieved my application back from them they enclosed a jugdment of Conviction paper wich is not the one I sign. I sent that so the courts can see my signature is not on it. And I clearly sign one on the day of court. And in all of Texas court room you are requred to sign your jugment of conviction. This leads me to believe the Wilbarger courts change the paper work to fight against one of my main arguments of Ineffective Counsel based off Walker v Caldwell 476. F. 2d 213 Attorney was not given sufficent time to prepare for trial. The court's are saying that I pleaded guilty on may 6 2014 which would have place my first court appearance on may 1 2014. Which also is six days to prepare for trial. But I believe to my memory my first court apperance was may 6, 2014 on which I denied a offer of 15 years and then trial was set for May 12 2014 which is 6 days later. Now if the courts are right and I pleaded out on may 6 2014 my first court apperance would have been May 1, 2014 which is still six days to prepare for trial. So either date it was my argument for Walker v caldwell should be legit to argue. One way I feel the courts can solve this

issue is on the day I pleaded guilty, The D.A Stan Heatly placed me on the front page of the <u>Vernon Daily Records Newspaper</u> I believe the criminal appeals courts can access the internet and see what exact day I pleaded guilty. And if it shows May 6 2014 then it was may 1, 2014 of my first court appearance. If it shows May 12 2014 then my first court appearance would have been may 6 2014 it would also proved the documents by Wilbarger county courts are forged and change after the fact. Either way it go I ask to courts to accept my argument of Walker v Caldwell because clearly six days was not sufficent time to prepare for trial. Also I felt very compelled to plea guilty due to fact my lawyer did not have suffecent time to investigate the obitual enhancment allegations that D.A Stan Heatly presented and thrething me with five minutes before trial was about to start. Which futher more backs up my first argument that my lawyer did not have time to prepare for trial. Also I want to bring to the courts attention that Wilbarger Courts did not answer to any of my other arguments. So I ask and pray the Court of Criminal Appeals really look into my arguments of Prosccutial Vendicitivness, because I feel this was payback or resitution to me for working with the F.B.I on curruption of the Vernon Police department and D.A Inspector Jeff Casey and Kim Arnold. If anything a change of Venue should have given to me. They did not answer to the argument I was held for over two months before pleading guilty without bond. Which is cleary against the law and constitutional right's. I ask the courts to please accept this notation and look into my argument and see this att whole process was unjust

Thank You Sincerly

Corey Holmes Jan 10, 2014

Case No. 11,879-A
(The Clerk of the convicting court will fill this line in.)

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## APPLICATION FOR A WRIT OF HABEAS CORPUS
## SEEKING RELIEF FROM FINAL FELONY CONVICTION
## UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

NAME: Corey Norman Holmes

DATE OF BIRTH: 8/15/82

PLACE OF CONFINEMENT: Baten Unit 1995 Helton Rd Pampa Tx

TDCJ-CID NUMBER: 1928816                 SID NUMBER:

(1)    This application concerns (check all that apply):

☑ a conviction                    ☐ parole

☐ a sentence                      ☐ mandatory supervision

☐ time credit                     ☐ out-of-time appeal or petition for
                                      discretionary review

(2)    What district court entered the judgment of the conviction you want relief from?
       (Include the court number and county.)

       WilBarger County Courthouse 1700 Wilbarger St Veron Tx 7638

(3)    What was the case number in the trial court?

       # 11,879

(4)    What was the name of the trial judge?

       Dan Mike Byrd

FILED
The 19 day of Nov 2014
at 10:00 o'clock A M
Brenda Peterson
Clerk Dist. Court Wilbarger Co.
By _____
                    Deputy

Effective: January 1, 2014          1

Rev. 01/14/14

02

(5)    **Were you represented by counsel? If yes, provide the attorney's name:**

_yes Michel Payne_

(6)    **What was the date that the judgment was entered?**

_May 12, 2014_

(7)    **For what offense were you convicted and what was the sentence?**

_Family Assult W/P_

(8)    **If you were sentenced on more than one count of an indictment in the same court at the same time, what counts were you convicted of and what was the sentence in each count?**

_N/A_

(9)    **What was the plea you entered? (Check one.)**

    ☐ guilty-open plea    ☑ guilty-plea bargain
    ☐ not guilty    ☐ *nolo contendere*/no contest

**If you entered different pleas to counts in a multi-count indictment, please explain:**

(10)   **What kind of trial did you have?**

    ☑ no jury        ☐ jury for guilt and punishment
                        ☐ jury for guilt, judge for punishment

2

(11)   Did you testify at trial? If yes, at what phase of the trial did you testify?

_____NO_____

(12)   Did you appeal from the judgment of conviction?

☐ yes                              ☐✓ no

If you did appeal, answer the following questions:

(A)   What court of appeals did you appeal to?   _____

(B)   What was the case number?   _____

(C)   Were you represented by counsel on appeal? If yes, provide the attorney's name:

_____

(D)   What was the decision and the date of the decision?   _____

(13)   Did you file a petition for discretionary review in the Court of Criminal Appeals?

☐ yes                              ☑ no

If you did file a petition for discretionary review, answer the following questions:

(A)   What was the case number?   _____

(B)   What was the decision and the date of the decision?   _____

(14)   Have you previously filed an application for a writ of habeas corpus under Article 11.07 of the Texas Code of Criminal Procedure challenging *this conviction*?

☐ yes                              ☑ no

If you answered yes, answer the following questions:

(A)   What was the Court of Criminal Appeals' writ number?   _____

3

Rev. 01/14/14

(B) What was the decision and the date of the decision? _____

(C) Please identify the reason that the current claims were not presented and could not have been presented on your previous application.

_____

_____

_____

_____

(15) Do you currently have any petition or appeal pending in any other state or federal court?

☑ yes            ☐ no

If you answered yes, please provide the name of the court and the case number:

U.S District Court for the Northern District of Tx. Case 7:14-cv-00099-O

(16) If you are presenting a claim for time credit, have you exhausted your administrative remedies by presenting your claim to the time credit resolution system of the Texas Department of Criminal Justice? (This requirement applies to any final felony conviction, including state jail felonies)

☐ yes            ☑ no

If you answered yes, answer the following questions:

(A) What date did you present the claim? _____

(B) Did you receive a decision and, if yes, what was the date of the decision?

_____

If you answered no, please explain why you have not submitted your claim:

4

_____

_____

_____

_____

_____

(17) Beginning on page 6, state *concisely* every legal ground for your claim that you are being unlawfully restrained, and then briefly summarize the facts supporting each ground. You must present each ground on the form application and a brief summary of the facts. *If your grounds and brief summary of the facts have not been presented on the form application, the Court will not consider your grounds.* If you have more than four grounds, use pages 14 and 15 of the form, which you may copy as many times as needed to give you a separate page for each ground, with each ground numbered in sequence. The recitation of the facts supporting each ground must be no longer than the two pages provided for the ground in the form.

You may include with the form a memorandum of law if you want to present legal authorities, but the Court will *not* consider grounds for relief set out in a memorandum of law that were not raised on the form. The citations and argument must be in a memorandum that complies with Texas Rule of Appellate Procedure 73 and does not exceed 15,000 words if computer-generated or 50 pages if not. If you are challenging the validity of your conviction, please include a summary of the facts pertaining to your offense and trial in your memorandum.

5

**GROUND ONE:**

Proscutorial Vendicitiveness

**FACTS SUPPORTING GROUND ONE:**

D.A Stan Heatly and Inspector Jeff Casey both had knowledge that at one time I Corey Holmes work with the F.B.I as a C.I on possible curruption within the Wilbarger County Courthouse & Vernon Police Department. More so Kim Arnold and Stan Heatly where the focus of the investigation. Do to this fact the courts should have allowed a change of Venue or allowed a diffront D.A to handle my case. It's obvious prejudice was apart of my prosecution. DA Stan Heatly showed this proscutorial Vendictivness and prejudice when he allowed My fiance Jennifer Silleman a witness on my behave to

6

listen to prerecorded jail phone calls. With me and other women while I was incarcerated in Willbarger County Jail. Jennifer Silleman will also testify to this to be true under oath in court. This one tactic used by Stan Hoothy is clearly against the law. But due to the situation surrounding the F.B.I. and I working as a C.I. on the Corruption Case of Willbarger County and Stan Hoothy & Kim Arnold. I should be allowed to withdraw my plea and a change of venue or at least I should be prosecuted by a different D.A. More so I should be able to present my case before The Honorable Judge Dan Mike Byrd with all evidence and F.B.I. Agent present to give testimony...

Rev. 01/14/14

08

**GROUND TWO:**

The Texas Constitution provides a specific right to bail in Non Capital Cases Article 1 Section 11 of Tex Con

**FACTS SUPPORTING GROUND TWO:** I was arrested on or about September 20, 2013. I was bonded out the next day on 15,000 dollar bond. I was indicted on this charge on or about February 20 2014. I was to appear for arraignment on or about March 6, 2014. Upon my arrival to the Williamson Court House I was arrested by Toff Casey and detained by Williamson Sheriff dept. On a motion to Decrease Bond. The Texas Criminal law clearly States when motion is filed the state has a time limit of 14 business days to have a hearing before the presiding Judge, with the accused and his attorney present, to present evidence, try

8

the defendant should be raised "Decrease". Failure to do so is against The Texas State law and a against my Constitutional Rights. I was being unlawfully confined and restrained of my liberty and freedom. Also I filed a Habeas Corpus during during this illegal confinement. Based off Unlawful confinement [3] Held without Process. This Habeas Corpus was never heard. Which also against the law and a violation of my Constitutional Rights SEE: Ex Parte Farrington 467 S.W.2d 479 - Courts refuse to hear Habeas Corpus or refuse to issue writ or dismiss application "Ex Parte Br". This here alone should be heard by presiding Judge not as a Justice of Peace...

Rev. 01/14/14

10

**GROUND THREE:**

Ineffective Assistance of Counsel

**FACTS SUPPORTING GROUND THREE:**

Walker v Caldwell 476. F. 2d 213 "Attorney was not given sufficent time to prepare for trial: Due to the fact I made my first court apperence May 6, 2014 where I decline a plea of 15 years. Yet trial was set for May 12, 2014. Six day's later. Clearly me nor my attorney could prepare for trial in that short of time. That clearly is a illegal act of the court's and grounds for ineffective Counsel due to my lawyer never brought this to court attention. Also my lawyer failed to bring to the court's attention that I once work with the F.B.I on possible curruption within D.A Stan Neatly office and

10

that alone would be unjust for me to be prosecuted by the same D.A. SEE Branch vs Estelle 631 F.2d 1229 "Entire proceeding as a whole was fundamentally unfair. Fundamentally unfair to deny due process. Also I refused to plead guilty up to the day of trail. Due to the Prejudice against me and my lawyer being unpreprared to go to trail I felt compelled to Plea Guilty SEE Colson v. Smith Also my lawyer did not have suffiencent time to investigate enhancment allegations that was presented by D.A Stan Heatly the day of trial. SEE Duffy 607 S.W. 2d 490. Due to these fact's and plenty more Ineffective clearly proven by my Consel. And this alone should be grounds for withdraw of my plea of guilt.

Rev. 01/14/14

**GROUND FOUR:**

Denied, Motion of Discovery

**FACTS SUPPORTING GROUND FOUR:**

On May 16, 2014 When trial was set for May 12 2014. I then ask my lawyer "Michel Payne" and D.A. Stan Heatly for my Motion of Discovery. Which both said I would recieve it by May 10, 2014 two days before trial. Which is against the law. When the day of trial came I did not recieve my discovery. And yet today I've still failed to recieve it. This is unconstitutional and voilation of my rights.

See Detmering v State 481 S.W.2d 863 Tex Crim App

**PETITIONER'S INFORMATION**

Petitioner's printed name: Corey D. Holmes

State bar number, if applicable: _____

Address: Baten Unit

1995 Helton Rd

Pampa Tx 79065

Telephone: _____

Fax: _____

**INMATE'S DECLARATION**

I, Corey D. Holmes , am the applicant / petitioner (circle one) and
being presently incarcerated in T.D.C Baten Unit , declare under penalty of
perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on Nov 5 , 20 14 .

Corey Holmes

Signature of Applicant / Petitioner (circle one)

17

Rev. 01/14/14

**PETITIONER'S INFORMATION**

Petitioner's printed name: Corey D. Holmes

Address: Baten Unit

1995 Helton Rd.

Pampa Tx 79065

Telephone: _____

Fax: _____

Signed on Nov, 5 , 20 14 .

Corey D. Holmes
Signature of Petitioner

18

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Wilbarger County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of _____ County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the _____. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the _____ County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

Signed and entered on May 6, 2014

X _____
DAN MIKE BIRD
JUDGE PRESIDING

_____
Clerk: Wilbarger County District Clerk



SID 06219087
DOB 08-15-1982

**Right Thumbprint**



19